**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **PENNSYLVANIA HIGHER EDUCATION** | ) | |
| **ASSISTANCE AGENCY** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:14-1578** |
| | ) | **Judge Campbell/Knowles** |
| **FREDERIC G. FURMAN** | ) | |

# O R D E R

The Court has been advised that the parties have settled this case. On or before October 22, 2014, the parties shall submit an agreed order of dismissal or other appropriately captioned document.

The Clerk is directed to forward this file to the Honorable Todd J. Campbell, District Judge, for his consideration of the agreed order of dismissal or other appropriately captioned document to be submitted on or before October 22, 2014. Any request for an extension of this deadline should be directed to Judge Campbell.

The Initial Case Management Conference set for September 29, 2014, at 10:00 a.m. is hereby CANCELLED. Unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge.

It is so ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge